DUBOWSKY LAW OFFICE, CHTD.

Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
peter@dubowskylaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLIANCE FUNDING GROUP )<br><br>              Plaintiff              )<br>    vs.                              )<br>                                     )<br>                                     )<br>PLATINUM GROUP COMPANIES LLC dba)<br>CENTURIAN MANAGEMENT SERVICES;)<br>and SAMUEL A. CULOTTA and DONNA)<br>LEE DELANEY each individually as personal)<br>guarantors;  and  DOES  I-X  and  ROE)<br>CORPORATIONS I-X, inclusive         )<br>                                     )<br>              Defendants             )<br>                                     ) | Case No.: 2:24-CV-00584-RFB-BNW |

## STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE (FIRST REQUEST)

IT IS HEREBY STIPULATED between Plaintiff ALLIANCE FUNDING GROUP, ("Plaintiff"), by and through its counsel of record, Peter Dubowsky, Esq. of the DUBOWSKY LAW OFFICE, CHTD., and Defendants PLATINUM GROUP COMPANIES LLC dba CENTURIAN MANAGEMENT SERVICES and SAMUEL A. CULOTTA and DONNA LEE DELANEY ("Defendants") by and through their counsel of record, Matthew L. Johnson, Esq. of JOHNSON & GUBLER, P.C., that the Settlement Conference, currently scheduled for Friday, May 13, 2026, shall be continued to June 17, 2026.

- 1

1. On February 6, 2026, the Court entered ORDER SCHEDULING SETTLEMENT CONFERENCE (ECF No. 29) ("Order"), setting a Settlement Conference for May 13, 2026 via Zoom video conference.

2. Upon service of the Order, Plaintiff's counsel promptly notified the Court and opposing counsel that he has a scheduling conflict.  Plaintiff's counsel is attending the Commercial Law League of America National Convention in Chicago, Illinois that week.

3. All counsel, parties and the Court are available June 17, 2026.

4. This is a first request for continuance of the settlement conference, and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED this 13 day of February 2026.

DUBOWSKY LAW OFFICE, CHTD.          JOHNSON & GUBLER, P.C

By:___/s/ Peter Dubowsky_____          By:____/s/ Matthew Johnson_____
     Peter Dubowsky, Esq.                                          Matthew L. Johnson, Esq.
     Nevada Bar No. 4972                                          Nevada Bar No. 6004
     300 South Fourth Street                                      8831 West Sahara Avenue
     Suite 1020                                                   Las Vegas, NV 89117
     Las Vegas, Nevada 89101                                      (702) 471-0065
     (702) 360-3500                                               mjohnson@mjohnsonlaw.com
     peter@dubowskylaw.com                                        Attorney for Defendants
     Attorney for Plaintiff

**ORDER**

  IT IS SO ORDERED:

  DATED:  February 17, 2026

_____
United States Magistrate Judge

**IT IS FURTHER ORDERED** that the Settlement Conference is continued to June 17, 2026, at 10:00 A.M..  All other conditions of the Order shall remain in place.

- 2