Matthew L. Johnson (6004)
MJohnson@mjohnsonlaw.com
Russell G. Gubler (10889)
RGubler@mjohnsonlaw.com
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117-5865
P (702) 471-0065 / F (702) 471-0075
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

| | |
|---|---|
| ALLIANCE FUNDING GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM GROUP COMPANIES LLC dba CENTURIAN MANAGEMENT SERVICES; and SAMUEL A. CULOTTA and DONNA LEE DELANEY, each individually as personal guarantors; and DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00584-RFB-BNW<br><br>(Removal from the District Court, Clark County Nevada, Case No. A-24-887486-C)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Before the Court is Defendants' Motion to Withdraw as Counsel [ECF No. 36]. Plaintiff filed a Response [ECF No. 38]. The Court having reviewed the Motion, the Response, the record in this matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Withdraw as Counsel [ECF No. 36] is GRANTED.

IT IS FURTHER ORDERED that Defendant Platinum Group Companies LLC shall retain substitute counsel and cause substitute counsel to file a Notice of Appearance with this Court no later than June 11, 2026.

IT IS FURTHER ORDERED that the remaining Defendants shall, no later than June

11, 2026, either: (1) retain counsel and cause counsel to file a Notice of Appearance; or (2) file a status report advising the Court that they intend to proceed pro se.

IT IS FURTHER ORDERED that the Settlement Conference currently set in this matter is rescheduled to August 5, 2026, at 10:00 a.m. in Las Vegas Courtroom 3B by videoconference.

IT IS FURTHER ORDERED that the parties may, but are not required to, submit updated confidential settlement statements via email to Judicial Law Clerk Kathryn Hayes at kathryn_hayes@nvd.uscourts.gov no later than July 29, 2026.

IT IS FURTHER ORDERED that Mr. Johnson shall serve a copy of this Order on Defendants.

IT IS SO ORDERED.

_____
The Honorable Judge Brenda Weksler

DATED: May 14, 2026